## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **LORI SUTTON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No.: 07 C 6979** |
| **vs.** | ) | |
| | ) | **Judge Kennelly** |
| | ) | |
| **SKENDER CONSTRUCTION COMPANY,** | ) | **Magistrate Geraldine Soat Brown** |
| | ) | |
| **Defendant.** | ) | |

## DEFENDANT'S AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendant SKENDER CONSTRUCTION COMPANY, by and through its undersigned attorneys, move this Honorable Court for an extension of time in which to file its responsive pleading to Plaintiff's Complaint, and in support thereof states as follows:

1.    Plaintiff filed her Complaint against Defendant on December 12, 2007 and a summons was issued as to the Defendant on December 13, 2007.

2.    Prior to Defendant or its counsel's receipt of Plaintiff's complaint, counsel for Defendant advised Plaintiff by correspondence dated December 17, 2007 that it had recently received Plaintiff's Right to Sue letter which was issued on December 5, 2007, as well as a copy of the Charge of Discrimination that was apparently filed on October 15, 2007.

3.    Defendant's counsel's correspondence further advised Plaintiff that Defendant was not aware of the Charge of Discrimination until it received Plaintiff's Notice of Right to Sue letter dated December 5, 2007, and that Defendant had never received any allegations of sexual harassment prior to receipt of Plaintiff's Right to Sue letter.

4.    As such, Defendant's counsel's letter also advised Plaintiff that an investigation would be conducted into the allegations made by Plaintiff.

458277.1

5.    Plaintiff thereafter faxed a copy of Plaintiff's Complaint to Defendant's counsel on December 18, 2007.

6.    Defendant was served with a summons and copy of the complaint on or about the week of December 17, 2007.

7.    Plaintiff's complaint contains allegations of sexual harassment involving former employees of the Defendant who could not be reached during the weeks of December 23, 2007 through January 6, 2008.

8.    On January 10, 2008, Defendant's counsel requested a two (2) week extension from Plaintiff's counsel in order to complete its investigation and file a responsive pleading to Plaintiff's complaint.  Plaintiff's counsel confirmed service upon Defendant, agreed to an extension, and consented to Defendant making the within agreed motion.

9.    Accordingly, Defendant respectfully requests that this Court allow Defendant an additional fourteen (14) days – up until January 24, 2008, to file its responsive pleading.

10.    Plaintiff will not be prejudiced by this extension of time.

WHEREFORE, Defendant respectfully requests that this Honorable Court grant it until January 24, 2008 to file its responsive pleading.

Respectfully submitted,

**SKENDER CONSTRUCTION COMPANY**

By: _s/Joanne Ciminera_____
One of its attorneys

David M. Holmes
Joanne Ciminera
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
120 North LaSalle Street, Suite 2600
Chicago, IL 60602
(312) 704-0550
Email: david.holmes@wilsonelser.com
       joanne.ciminera@wilsonelser.com

458277.1