IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LORI SUTTON,<br><br>   Plaintiff,<br><br>vs.<br><br>SKENDER CONSTRUCTION COMPANY,<br><br>   Defendant. | Case No.: 07 C 6979<br><br>Judge Kennelly<br><br>Magistrate Geraldine Soat Brown |

## NOTICE OF MOTION

To: *See* Certificate of Service

**PLEASE TAKE NOTICE** that on the **17th day of January, 2008 at 9:30 a.m.** or as soon thereafter as counsel may heard, I shall appear before the Honorable Judge Matthew F. Kennelly or any other Judge sitting in his stead, in the Courtroom usually occupied by him in Room 2103 of the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Defendant's Agreed Motion for Extension of Time to Answer or Otherwise Plead**, a copy of which is attached hereto and served upon you.

                     Respectfully submitted,

                     SKENDER CONSTRUCTION COMPANY

                     By: *s/Joanne Ciminera*
                       One of its attorneys

David M. Holmes
Joanne Ciminera
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
120 North LaSalle Street, Suite 2600
Chicago, IL 60602
(312) 704-0550
Email: david.holmes@wilsonelser.com
    joanne.ciminera@wilsonelser.com

458593.1

## **CERTIFICATE OF SERVICE**

      I, the undersigned, certify that a true and correct copy of the foregoing was electronically served this 14th day of January, 2008, to the following:

Lisa R. Kane
Darren A. Bodner
Janice A. Wegner
Michael S. Young
Lisa Kane & Associates, P.C.
120 S. LaSalle Street, Suite 1420
Chicago, IL 60603
lisakane@sbcglobal.net

Parties may access this filing through the Court's system.

                                                          *s/Joanne Ciminera*

458593.1