IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LORI SUTTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 07 C 6979 |
| vs. ) | |
| ) | Judge Kennelly |
| ) | |
| SKENDER CONSTRUCTION COMPANY, ) | Magistrate Geraldine Soat Brown |
| ) | |
| ) | |
| Defendant. ) | |

## STIPULATION TO DISMISS

The parties hereby agree that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction. The parties also agree that this case should be dismissed, with prejudice, each party to bear its own attorney's fees and costs.

AGREED TO:                                         AGREED TO:


 /s/ Lisa Kane                                      /s/ Joanne Ciminera
Lisa Kane                                           WILSON, ELSER, MOSKOWITZ,
Lisa Kane & Associates, P.C.                        EDELMAN & DICKER LLP
120 South LaSalle Street, Suite 1420                120 N. LaSalle Street, 26th Floor
Chicago, Illinois 60603                             Chicago, IL 60602
Tel: (312) 606-0383                                 Tel:   (312) 704-0550
Fax: (312) 606-0765                                 Fax:   (312) 704-1522
Attorney for the Plaintiff                          Attorney for the Defendant

470816.1